*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered: November 12, 2015                    519047
_____

In the Matter of DARRELL GUNN,
                    Petitioner,

        v

                                        MEMORANDUM AND JUDGMENT

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                    Respondent.
_____

Calendar Date:   September 22, 2015

Before:   Lahtinen, J.P., Egan Jr., Rose and Lynch, JJ.

_____

        Darrell Gunn, Stormville, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondent.

_____


        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Superintendent of Elmira Correctional Facility finding petitioner guilty of violating certain prison disciplinary rules.

        Petitioner commenced this CPLR article 78 proceeding challenging a tier II disciplinary determination finding him guilty of making threats and refusing a direct order. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been ordered refunded to petitioner's inmate account. In view of this, and given that petitioner has received all of the relief to which he is entitled, the matter is

dismissed as moot (see Matter of Williams v Annucci, 129 AD3d 1427, 1427 [2015]).

Lahtinen, J.P., Egan Jr., Rose and Lynch, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court